IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MAUREEN T. BAXTER, | |
| Plaintiff, | No. C05-4016-MWB |
| vs. | |
| BRIAR CLIFF COLLEGE GROUP INSURANCE PLAN; BRIAR CLIFF COLLEGE n/k/a BRIAR CLIFF UNIVERSITY; CONTINENTAL CASUALTY COMPANY (CNA); and THE HARTFORD, | JUDGMENT IN A CIVIL CASE |
| Defendants. | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Plaintiff, Maureen T. Baxter, take nothing and this action is dismissed.

Dated: January 18, 2006        PRIDGEN J. WATKINS
                                        Clerk

                                        s/ des
                                        (By) Deputy Clerk

69 / 24